# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ADELA BLETHEN,                )<br>                                              )<br>            PLAINTIFF         )<br>                                              )<br>v.                                          )<br>                                              )<br>MAINEGENERAL REHABILITATION )<br>& NURSING CARE and MAINEGENERAL )<br>HEALTH,                            )<br>                                              )<br>            DEFENDANTS      ) | No. 2:11-cv-277-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 1, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Recommended Decision on the Defendants' Motion for Summary Judgment. The plaintiff filed an objection to the Recommended Decision on August 29, 2012. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

The Magistrate Judge noted that the parties had requested oral argument on the motion, but she declined to provide it. The parties have not

renewed the request in connection with review of the Recommended Decision and I consider the request **MOOT**.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED.**

**DATED THIS 18TH DAY OF SEPTEMBER, 2012**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**